# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 119

Interest of J.O., Child

State of North Dakota,                                 Petitioner and Appellee

    v.

J.O., child; D.O., father;

Barb Oliger, Guardian ad Litem,                              Respondents

    and

A.M.O., mother,                                 Respondent and Appellant

## No. 20250036

Interest of L.O., Child

State of North Dakota,                                 Petitioner and Appellee

    v.

L.O., child; D.O., father;

Barb Oliger, Guardian ad Litem,                              Respondents

    and

A.M.O., mother,                                 Respondent and Appellant

## No. 20250037

Interest of A.O., Child

State of North Dakota,                                      Petitioner and Appellee

     v.

A.O., child; D.O., father;

Barb Oliger, Guardian ad Litem,                                      Respondents

     and

A.M.O., mother,                                      Respondent and Appellant

---

No. 20250038

---

Interest of A.O., Child

State of North Dakota,                                      Petitioner and Appellee

     v.

A.O., child; D.O., father;

Barb Oliger, Guardian ad Litem,                                      Respondents

     and

A.M.O., mother,                                      Respondent and Appellant

---

No. 20250039

---

Appeal from the Juvenile Court of Mercer County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Todd A. Schwarz, State's Attorney, Stanton, ND, for petitioner and appellee; on brief.

Kiara C. Kraus-Parr, Grand Forks, ND, for repondent and appellant; on brief.

**Interest of J.O., L.O., A.O., & A.O.**
**Nos. 20250036 – 20250039**

**Per Curiam.**

[¶1]   A.M.O., the mother of the four children in these consolidated cases, appeals from a juvenile court order holding the children are in need of protection. On appeal, she argues the court erred in finding clear and convincing evidence establishes the children are in need of protection.

[¶2]   Following a trial in October 2024, the judicial referee concluded the children were in need of protection. A.M.O. requested a district judge review the referee's order. After conducting a de novo review under N.D. Sup. Ct. Admin. R. 13, § 11, the district judge adopted the referee's findings and order.

[¶3]   After reviewing the record and the juvenile court's findings, we conclude the court's findings are supported by the evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶4]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1